Pat Esquivel AZ State Bar 015048
RevSolve, Inc.
1395 North Hayden Road
Scottsdale, AZ 85257
TEL  (480) 947-7657
FAX  (480) 947-2170
Pat.Esquivel@revsolve.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Zerita Kensey,** | Case No.: |
| Plaintiff, | |
| v. | |
| **RevSolve, Inc.** | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) [FEDERAL QUESTION]** |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant RevSolve, Inc. hereby removes to this Court the State court action described below.

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed by this Court by defendant according to 28 U.S.C. §1441(a) because it arises under the Fair Debt Collection Practices Act, 15 U.S.C §1692, *et.seq*.

2. On or about January 5, 2016, Plaintiff commenced this action in the Small Claims Division of the South Mountain Justice Court, Maricopa County, Arizona, entitled *Zerita Kensey v. RevSolve, Inc.*, Case Number CC2016-001277. A copy of the Complaint is attached hereto as Exhibit A.

3. Plaintiff filed and mailed the Complaint on January 5, 2016, and Defendant RevSolve, Inc., first received a copy of the Complaint on January 7, 2016. Thus, RevSolve, Inc., has timely filed this Notice of Removal under 28 U.S.C. §1446(b).

4. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the Small Claims Division of the South Mountain Justice Court, County of Maricopa.

5. The state Court action is located within the State of Arizona. Therefore, venue for purposes of removal is proper because the United States District Court for the District of Arizona comprises the Court in which the removed action was pending. 28 U.S.C. §1441(a).

6. Removal of the State Court Action is therefore proper under 28 U.S.C. §§1441 and 1446.

DATED this 26th day of January, 2016.

                Respectfully submitted,

                RevSolve, Inc.

By:     /s Patricio Esquivel
        **Patricio Esquivel, No. 015048**
        1395 North Hayden Road
        Scottsdale, AZ 85257
        TEL (480) 947-7657
        FAX (480) 947-2170
        Pat.Esquivel@revsolve.com

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION** was served this 26th day of January, 2016, by placing same in the United States Mail, first-class postage prepaid, addressed to:

Zerita Kensey
2231 East Nancy Lane
Phoenix, Arizona 85042

By: ____/s Patricio Esquivel_____
**Patricio Esquivel, No. 015048**
1395 North Hayden Road
Scottsdale, AZ 85257
TEL (480) 947-7657
FAX (480) 947-2170
Pat.Esquivel@revsolve.com

-3-