

# Maricopa County Justice Courts, Arizona

South Mountain Justice Court    620 W. Jackson St., #1044, Phoenix, AZ 85003    602-372-6300

CASE NUMBER: CC2016001277SC

Zerita Kensey
2231 East Nancy Lane
Phoenix, AZ 85042
( 623 ) 570 - 4927
Plaintiff(s) Name / Address / Phone

REVSOLVE , INC
1395 North Hayden
Scottsdale, Az 85257
( 866 ) 768 - 0804
Defendant(s) Name / Address / Phone

RECEIVED JAN -5 2016 SOUTH MOUNTAIN JUSTICE COURT

The Statutory Agent / Corporate Officer to be served is: Stanley E. Freimuth

## SMALL CLAIMS COMPLAINT / SUMMONS / ANSWER

**WARNING:** THERE ARE NO APPEALS IN SMALL CLAIMS CASES. You do not have the right to appeal the decision of the Hearing Officer or the Justice of the Peace in Small claims (Division) Court. If you wish to preserve your right to appeal, you may have your case transferred to the Civil Division of the Justice Court pursuant to ARS 22-504, if you request such a transfer at least ten (10) judicial days prior to the day of the scheduled hearing.

### NOTICE AND SUMMONS

TO THE ABOVE-NAMED DEFENDANT(S): You are directed to answer this complaint within TWENTY (20) DAYS by filing a written ANSWER in the court named above. If you do not answer or defend, you run the risk of having a judgment entered against you for the amount of plaintiffs claim, plus court costs. A filing fee must be paid at the time your answer is filed.

Date: 010516    Clerk: PH

*Requests for reasonable accommodations for persons with disabilities must be made to the court at least 3 judicial days in advance of any scheduled hearing.*

### PLAINTIFF'S CLAIM

This Justice Court has venue because ☐ The defendant resides in this precinct, ☒ The debt, or cause of action, or incident that resulted in this claim, occurred in this precinct at the following location: 2231 East Nancy LN PHX, AZ 85042    $ 1,052.00 is the total amount owed me by defendant because: On November 19, 2015 Defendant ("REVSOLVE, INC") as Debt Collector engaged in a scheme of unfair, unlawful and deceptive debt collection practices when it sent Plaintiff it's initial letter in response to Plaintiff's writter request for validation of debt that failed to include required language concerning verification of debt. CLAIM ONE: Defendant violated 15 USCS §1692g(3)(4) and (5) by failing to include th required "Statutorily" validation language of the above provisions in it's December 1, 2015 collection communication (letter). See Exhibit # 1 Defendant's Letter. CLAIM TWO: Defendant violated 15 USCS §1692e (2)(A) by falsely represen it's legal status as a duly appointed third party Debt Collector to plaintiff in said collection letter. CLAIM THRE Defendant violated 15 USCS §1692e(5) by demanding money from the Plaintiff, and reporting Plaintiff's alleged debt to credit agencies without an assignment of the debt from alleged creditor (BANNER ESTRELLA MEDICAL CENTER) that complied with the requirements in (Arizona Administrative Code R20-1518. NOTE: Plaintiff was damaged and harmed by Defendant's deceptive collection actions.

Date: 1-5-16    Plaintiff: _____

### DEFENDANT'S ANSWER

*A filing fee must be paid at the time your answer is filed.*

I am answering on behalf of ☐ Myself  ☐ Marital Community  ☐ Other: _____    I do not owe the plaintiff because:

Date: _____    Defendant(s): _____



ZERITA B KENSEY  
2231 E NANCY LN  
PHOENIX AZ 85042-4635

*RECEIVED JAN - 5 2016 SOUTH MOUNTAIN JUSTICE COURT*

12/01/15

RE: ZERITA B KENSEY

Account #BAN150    0003180261  
BANNER ESTRELLA MEDICAL CENTER  
25630054

Amount Due: $213.40

Pursuant to your request, enclosed is the itemized statement which reflects the original charges but may not match the current balance.

This communication is from a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.

---

1395 N. Hayden , Scottsdale, Arizona 85252  
P.O. Box 310, Scottsdale, Arizona 85252-0310  
Phone 866-768-0804 Ext 335 ~ 480-467-2355 Fax 480-947-2170

Exhibit # 1