# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zerita Kensey,<br>　　　　　　Plaintiff,<br>v.<br>RevSolve Incorporated,<br>　　　　　　Defendant. | No. CV-16-00209-PHX-BSB<br>**ORDER** |

　　　　On June 1, 2016, following Plaintiff's failure to participate in the preparation of proposed case management plan, and her failure to attend the Case Management Conference, the Court issued an order for Plaintiff to show cause why this matter should not be dismissed against Defendant RevSolve Incorporated, within fourteen days of the date of the Court's order, for lack of prosecution.  (Doc. 17.)  Plaintiff's response to the order to show cause was due by June 16, 2016.  (*See id.*)  Plaintiff has not responded to the order to show cause and the time to do so has passed.

　　　　Accordingly,

　　　　**IT IS ORDERED** that Plaintiff's claims against RevSolve Incorporated are dismissed without prejudice for lack of prosecution.  *See* Fed. R. Civ. P. 41(b).

　　　　Dated this 5th day of July, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Bridget S. Bade
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge